UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:18 CV 1649 RWS<br>)<br>) |
| LINDSTROM & MCKENNEY, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER NUNC PRO TUNC

For good cause shown and to correct a typographical error found in the Court's Memorandum and Order and Judgment entered August 26, 2019 [19, 20],

**IT IS HEREBY ORDERED** that the motion to amend [21] is granted, and Memorandum and Order and Judgment entered August 26, 2019 [19, 20] are corrected nunc pro tunc as follows: "McKenney" is substituted for "McKinney." An Amended Memorandum and Order and Amended Judgment are entered this same date.

```
_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE
```

Dated this 23rd day of September, 2019.